IN THE UNIted StAtes District Court
SoutHerN District OF CALIFORNIA


FILED
FEB 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ERNESt McdiNActaL
LEONARd V. DUNN
Robert BERgeR
   PLAINtiFFS

CV08-01734 (SS)

CIVIL CASE #  08 CV 0375 WQH RBB

V.

THE WARdeN OF
CALIFORNIA MeNS Colony-EASt et al
   DeFeNdeNts

COMPLAINt uNdeR
THE CIVIL RIgHt act
42 USC §1983


2254 ____  1983 ✓
FILING FEE PAID
Yes ____  No ✓
IFP MOTION FILED
Yes ✓  No ____
COPIES SENT TO
Court ✓  Prose ____

2008 MAR 14 AM 7:41

Rm

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

March 7, 2008

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

Re: Medina et al v. Warden et al, Case No. 08cv375-WQH-RBB

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/M. Cruz
M. Cruz, Deputy

RECEIVED ITEMS DESCRIBED
THIS DATE OF 3/14/08
AND ASSIGNED CASE NUMBER CV08-1734 (SS)

CLERK, U.S. DISTRICT COURT

By: L. Horn , Deputy