CLOSED

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00375-WQH-RBB
### Internal Use Only

CV08-01734 (SS)

| | |
|---|---|
| Medina et al v. Warden et al | Date Filed: 02/27/2008 |
| Assigned to: Judge William Q. Hayes | Date Terminated: 03/06/2008 |
| Referred to: Magistrate Judge Ruben B. Brooks | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 550 Prisoner: Civil Rights |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Ernest Medina**                              represented by **Ernest Medina**
K-10425
California Mens Colony
PO Box 8101
San Luis Obispo, CA 93409
PRO SE

**Plaintiff**

**Leonard V Dunn**                             represented by **Leonard V Dunn**
PRO SE

**Plaintiff**

**Robert Berger**                              represented by **Robert Berger**
PRO SE

V.

**Defendant**

**Warden**                                     represented by **Attorney General**
*California Mens Colony- East*                  State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266
(619)645-2076
Fax: (619)645-2313
Email: docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 3/7/08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy
M. Cruz

**Defendant**

**Klouse**                                     represented by **Attorney General**
*Doctor, Psychiatrist*                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott**
*Doctor, Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bottelli**
*Doctor, Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fuselier**
*Doctor, Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fitzpatrick**
*Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**J Sanders**
*Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**L S McEwen**
*Sergeant*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**P Tennel**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Olsen**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

**Buck**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peters**
*Registered Nurse*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Olsen**
*Registered Nurse*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Specter**
*Registered Nurse*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Croxton**
*Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meyers**
*Chief Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harrington**
*Registered Nurse*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Loomis**
*Correctional Officer*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dagel**
*Psychiatrist*

represented by **Attorney General**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2008 | 1 | COMPLAINT together with Jury Demand against all defendants (Filing fee $ 0. Not paid, motion for IFP submitted), filed by Robert Berger. (rmm) (Entered: 02/28/2008) |
| 02/27/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by Ernest Medina. (rmm) (Entered: 02/28/2008) |
| 03/06/2008 | 3 | Case transferred to the Central District of California, WesternDivision. Original file, certified copy of transfer order, and docket sheet sent. Signed by Judge William Q. Hayes on 3/6/08. (Attachments: # 1 Transfer Letter) (mdc) (Entered: 03/07/2008) |