FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Ernest Medina, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV08-1734 (SS) |
| v. | |
| Warden, et al. | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S), | |

TO: U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☑ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: 3/14/08 _____ Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☑ Incorrect magistrate judge's initials were indicated on this ☑ action ☑ document. The correct magistrate judge's initials are (RC) _____.

☑ Case has been reassigned from ☐ Judge ☑ Magistrate Judge (SS) _____ to ☐ Judge ☑ Magistrate Judge (RC) _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: CV08-1734 (RC)

☑ Other: Judge Chapman should have been direct assigned to the case due to low number.

CLERK, U.S. DISTRICT COURT

Date 3/31/08 _____    By: _____ LHorn
Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (06/05)              NOTICE OF CLERICAL ERROR